**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Nicole H.,

Plaintiff,

v.

Frank J. Bisignano, *Commissioner of Social Security Administration*,[1]

Defendant.

No. 0:23-cv-03743 (KMM/LIB)

**ORDER**

---

This matter is before the Court on consideration of Plaintiff's counsel's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b). (Dkt. 29.) Plaintiff's counsel seeks an award of attorney's fees and costs in the amount of $17,289. Plaintiff's counsel further states that if the motion is granted, she will refund to the Plaintiff the $9,000 in fees previously obtained pursuant to the Equal Access to Justice Act. (*Id.*; *see also* Dkt. 31.) Defendant has not responded to the motion. Having reviewed the record supporting the motion (*see* Dkt. 30; Dkt. 30-1; Dkt. 30-2; Dkt. 30-3; Dkt. 30-4), and based on the entire file, the Court concludes that the fees sought to be recovered are reasonable and authorized by law.

Accordingly, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion for Attorney Fees Pursuant to 42 U.S.C. § 406(b) (Dkt. 29) is **GRANTED**.

---

[1] When this case was filed, Martin J. O'Malley was the Commissioner of the Social Security Administration. Mr. O'Malley has since been replaced in that role and the current Commissioner of the agency is Frank J. Bisignano. Accordingly, pursuant to Fed. R. Civ. P. 25(d). Mr. Bisignano is automatically substituted as the defendant in this matter.

2. Plaintiff's counsel is awarded an attorney's fees under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $17,289.00.

3. Within 30 days of the date of this Order, the Social Security Administration shall issue payment to Plaintiff's counsel in the amount of $17,289.00. Upon receipt of the payment required by this Order, Plaintiff's counsel shall refund to Plaintiff Nicole H. the $9,000.00 in attorney's fees previously awarded under the Equal Access to Justice Act.

Date: November 10, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge